UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ERICK DANIEL RODRIGUEZ,<br><br>Defendant. | 21 Cr. 770 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    The parties are hereby ORDERED to appear for a change-of-plea hearing on February 4, 2022, at 3:00 p.m.  The conference will proceed via videoconference, and instructions for accessing the videoconference will be provided separately.  The public may dial into an audio-only feed of this conference by calling (917) 933-2166 and entering Conference ID 827-629-071.

SO ORDERED.

Dated:  January 18, 2022
          New York, New York

                                                    KATHERINE POLK FAILLA
                                                    United States District Judge