

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

February 2, 2022

**BY ECF:**

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



RE:   United States v. Erick Rodriguez
      Case No.: 1:21-cr-00472-RA
      <u>Southern District of New York</u>

Dear Judge Failla:

Please be advised that I represent **Erick Rodriguez** in the above referenced action. The change of plea hearing is currently scheduled for **Friday, February 4, 2022 at 4:00 p.m.** I will be traveling on that date and respectfully request an adjournment. In addition, I am unavailable the week of February 21, 2022.

I have discussed this with AUSA Jane Chong and she has no objection to this request. Thank you for your consideration.

Sincerely,
**Spodek Law Group P.C.**
/S/ Todd A. Spodek

TAS/nd
cc:   AUSA Jane Chong (By Email).
      Erick Rodriguez (By Email).
      All Counsel (By Email).

Application GRANTED.  The change of plea hearing scheduled for February 4, 2022, is hereby ADJOURNED to **March 23, 2022, at 3:00 p.m.**  The conference will proceed via videoconference, and instructions for accessing the videoconference will be provided separately. The public may dial into an audio-only feed of this conference by calling (917) 933-2166 and entering Conference ID 827-629-071.

Dated:     February 2, 2022              SO ORDERED.
           New York, New York

                                         *(signature)*

                                         HON. KATHERINE POLK FAILLA
                                         UNITED STATES DISTRICT JUDGE