

Todd A. Spodek, Esq.
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

June 30, 2022

**BY ECF:**

Hon. Katherine Polk Failla
District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



      RE:    United States v. Erick Rodriguez
                Case No.: 21-cr-770 (KPF)
                <u>Third Request for a Modification of Release Conditions</u>

Dear Judge Failla:

      Please be advised that I represent **Erick Rodriguez** in the above-referenced action. Mr. Rodriguez respectfully requests a temporary modification of his release conditions to travel to Miami, Florida for the 4th of July weekend celebration. Mr. Rodriguez will be in Miami from <u>July 1, 2022</u> to <u>July 5, 2022.</u>

      Should Your Honor permit travel, Mr. Rodriguez will make reservations and provide proof of booking and itinerary to Pretrial Services before his departure. Neither Pretrial Services nor the Government object to these requests.

      Thank you for your consideration.

                            Sincerely,
                        **Spodek Law Group P.C.**
                          /S/ Todd A. Spodek

TAS/az
cc:    All Counsel (By ECF.)

---

85 Broad Street, 17th Floor NY, NY 10004 | T: (212) 300-5196 | F: (212) 300-6371 | info@spodeklawgroup.com

Application GRANTED.  The Clerk of Court is directed to terminate the pending motion at docket number 29.

Dated:    July 1, 2022                SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE