U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 11, 2024

The Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



**Re:**   *United States v. Erick Daniel Rodriguez*, No. 21 Cr. 770 (KPF)

Dear Judge Failla:

The Government respectfully submits this letter to request a one-day extension of the Government's September 11 deadline to file its opposition to the defendant's motion for a sentence reduction, and a corresponding one-day extension of the defense's September 18 reply deadline. This is the Government's first request for such an extension, and the defense consents to the request. The Government is seeking the request in order to facilitate adequate internal review of its opposition memorandum and sincerely apologizes to the Court for not more timely submitting its request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Jane Y. Chong
Assistant United States Attorney
(212) 637-2263

cc: Jennifer Brown, Esq. (by CM/ECF)

The application for an extension is GRANTED *nunc pro tunc*. The Government shall file its opposition on or before **September 12, 2024**. The Defense shall file its reply on or before **September 19, 2024**.

The Clerk of Court is directed to terminate the pending motion at docket number 60.

Dated: September 12, 2024　　　　SO ORDERED.
　　　　New York, New York

　　　　　　　　　　　　　　　　　　*Katherine Polk Failla*

　　　　　　　　　　　　　　　　　HON. KATHERINE POLK FAILLA
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE